IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELVIS JERMAINE COLEMAN, #196723, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 2:13cv-692-WHA |
| ) | |
| CYNTHIA D. STEWART, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #14), entered on February 13, 2014, to which the Petitioner has filed no timely objection.

After a review of the file in this case, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED without prejudice to afford the Petitioner an opportunity to exhaust all state court remedies available to him.

DONE this 11th day of March, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE